UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2020_

ADENIKE GRAHAM and KIMBERLY
MCNULTY, on behalf of themselves and all others
similarly situated,

Plaintiffs,

-against-

19 Civ. 873 (AT)

NATIONAL BEVERAGE CORPORATION,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

In light of the order entered by the Honorable Robert W. Lehrburger adjourning discovery deadlines in this action by 60 days, ECF No. 50, is it ORDERED that:

(1) By **May 15, 2020,** Plaintiffs shall file any motion for class certification, and shall serve any expert reports Plaintiffs intend to use in support of class certification. Expert discovery of any experts offered in support of such a motion shall be completed no later than **June 12, 2020**.

(2) By **July 10, 2020**, Defendant shall file any opposition to class certification, and shall serve any expert reports intended to be used in connection with that opposition. Expert discovery of any experts offered in support of the opposition shall be completed no later than **August 7, 2020**.

(3) By **August 14, 2020**, Plaintiffs shall file any reply in support of class certification, and serve any rebuttal expert reports intended to be used in connection with that reply.

(4) Pursuant to the authority of Federal Rule of Civil Procedure 16(c)(2) and Rule III(C) of this Court's Individual Practices in Civil Cases, any motion for summary judgment shall be deemed untimely unless a request for a pre-motion conference is made in writing by **May 1, 2020**.

(5) The case management conference scheduled for March 9, 2020, is ADJOURNED to **May 11, 2020**, at **12:00 p.m.** By **May 1, 2020**, the parties shall file a joint status report.

SO ORDERED.

Dated: February 28, 2020
       New York, New York

ANALISA TORRES
United States District Judge