

Via ECF Filing

June 10, 2020

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Graham, et al. v. National Beverage Corp.,* Case No. 1:19-cv-00873 (AT) (RWL)

Dear Judge Lehrburger:

    Plaintiffs write to request that the Court formally seal ECF No. 77, Letter Motion requesting leave to take additional deposition, ECF No. 78, Letter Motion for leave to file under seal (together the "Letter Motions"), and ECF No. 79, order granting letter motion for leave to file under seal, as the filings at issue inadvertently contain information designated highly confidential.[1] Pursuant to the ECF filing rules and procedure, upon leave of court, Plaintiffs will refile the corrected Letter Motions.

    Respectfully submitted,

    */s/ Mitchell M. Breit*
Mitchell M. Breit
Thien An V. Truong
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, New York 10016
212.784.6400
mbreit@simmonsfirm.com
atruong@simmonsfirm.com

Gregory F. Coleman
Rachel L. Soffin
Justin G. Day
Lisa A. White
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
865.247.0080
greg@gregcolemanlaw.com

---

[1] Plaintiffs have contacted the Court's ECF Help Desk to request a temporary sealing of ECF Nos. 77-79. As of the time of this filing, no action on that request has been taken.

We stand for our clients.

HEADQUARTERS   NEW YORK   CHICAGO   SAN FRANCISCO   LOS ANGELES   ST. LOUIS
One Court Street   112 Madison Avenue   230 W. Monroe   455 Market   100 N. Sepulveda Blvd.   231 S. Bemiston
Alton, IL 62002   New York, NY 10016   Suite 2221   Suite 1150   Suite 1350   Suite 525
TEL: (618) 259-2222   TEL: (212) 784-6400   Chicago, IL 60606   San Francisco, CA 94105   El Segundo, CA 90245   St. Louis, MO 63105
FAX: (618) 259-2251   FAX: (212) 213-5949   TEL: (312) 759-7500   TEL: (415) 536-3986   TEL: (310) 322-3555   TEL: (800) 479-9533
                    FAX: (312) 759-7516   FAX: (415) 537-4120   FAX: (310) 322-3655



>justin@gregcolemanlaw.com
>rachel@gregcolemanlaw.com
>lisa@gregcolemanlaw.com
>
>Nick Suciu, III
>BARBAT MANSOUR & SUCIU PLLC
>434 West Alexandrine #101
>Detroit, Michigan 48201
>313.303.3472.
>nicksuciu@bmslawyers.com
>
>Laura Brusca
>BRUSCA Law
>221 NE Ivanhoe Blvd., Suite 200
>Orlando, Florida 32804
>407.501.6564
>lauren@brusca-law.com
>
>*Attorneys for Plaintiffs*

Cc: Counsel of record (via ECF)

> The request to seal docket items 77, 78, and 79 is granted. However, the filing party must file by June 12, 2020, (1) redacted copies of those docket items, (2) a letter requesting that the redacted information remain under seal and explaining with sufficient detail the nature of the confidential information and why it should remain under seal under Second Circuit standards.

SO ORDERED:

6/10/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE