```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADENIKE GRAHAM, et al.,                      :
                                             :
                        Plaintiffs,          :
                                             :
        - against -                          :
                                             :
NATIONAL BEVERAGE CORPORATION,               :
                                             :
                        Defendant.           :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020

19 Civ. 00873 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs' request for leave to take the deposition of a "supplier of a supplier" identified in Plaintiffs' June 9, 2020 letter (Dkt. 77) is denied for substantially the reasons set forth in Defendants' response (Dkt. 89).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 18, 2020
         New York, New York

Copies transmitted to all counsel of record.