

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2020

August 28, 2020

**VIA ECF FILING**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl. St.
New York, NY 100007-1312

      **Re:** *Graham, et. al v. National Beverage Corp.*, **No. 19-cv-873**

Dear Judge Torres:

Plaintiffs in the above-referenced case write to request permission to publicly file a redacted copy of their pre-motion letter regarding their anticipated motion for summary judgment, as well as their accompanying Rule 56.1 statement and Defendant's response thereto.

The standards for filing documents under seal in this Circuit were first set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). In that case, the Second Circuit stated that the "common law right of public access" attaches to "judicial documents", which are those documents "relevant to the performance of the judicial function and useful in the judicial process." *Id.* In deciding requests such as this one, the Court needs to balance competing considerations against the right of public access. *Id.* at 120. Valid competing considerations exist where the disclosure of confidential information would subject a party to "financial harm" or cause a party "significant competitive disadvantage." *Standard Inv. Chartered Inc. v. Fin. Indus. Reg. Auth., Inds.,* 347 Fed App'x 615, 617 (2d Cir. 2009).

Here, the proposed redacted information has been designated "highly confidential – attorneys' eyes only" by Defendant and various third parties, on the ground that the information constitutes trade secrets and are sensitive and proprietary information, the disclosure of which could have significant competitive impact on the designating parties' business. *See Awestruck Mktg. Group, LLC v. Black Ops Productions, LLC*, 16-cv-3639 (RJS), 2016 WL 8814349, at *2 (S.D.N.Y. June 20, 2016) (granting motion to seal client list because it "contains sensitive and proprietary information that is not generally publicly available and that, if revealed, could cause significant competitive harm"); *Encyclopedia Brown Prods., Ltd. v. HBO, Inc.*, 26 F. Supp. 2d 606, 613-14 (S.D.N.Y. 1998) (granting request to seal confidential business information and trade secrets that

were commercially valuable to defendants because disclosure would cause irreparable harm, outweighing the public's interest in access to it).  Plaintiffs take no position as to Defendant's and third parties' designations.

Pursuant to this Court's Individual Rules, Section IV(A)(ii), contemporaneously filed herewith are the proposed redacted documents (publicly filed), and the unredacted documents with proposed redactions highlighted (filed under seal). In addition, copies of all unredacted documents have been submitted to Court and counsel via electronic email.

For reasons stated above, Plaintiffs respectfully request leave to publicly file a redacted copy of the referenced documents.

                   Respectfully submitted,

                   **GREG COLEMAN LAW PC**

                   */s/ Greg Coleman*
                   Greg Coleman
                   Rachel Soffin
                   Lisa A. White
                   800 S. Gay Street, Suite 1100
                   Knoxville, TN 37929
                   Telephone: (865) 247-0080
                   greg@gregcolemanlaw.com
                   rachel@gregcolemanlaw.com
                   lisa@gregcolemanlaw.com

                   **SIMMONS HANLY CONROY**
                   Mitchell M. Breit
                   112 Madison Avenue
                   New York, NY 10016
                   Telephone:  (212) 784-6400
                   mbreit@simmonsfirm.com

                   **BARBAT, MANSOUR, SUCIU PLLC**
                   Nick Suciu III
                   1644 Bracken Rd.
                   Bloomfield Hills, MI 48302
                   Telephone: (313) 303-3472
                   nicksuciu@bmslawyers.com

                   **BRUSCA LAW, PLLC**
                   Lauren Brusca
                   221 NE Ivanhoe Blvd.
                   Suite 200

                                            Orlando, FL 32804
                                            Telephone: (407) 501-6564
                                            lauren@brusca-law.com

                                            *Attorneys for Plaintiffs*

CC: ALL COUNSEL OF RECORD VIA ECF

GRANTED. The proposed redactions consist of proprietary information concerning the formulation of Defendant's products. Defendant's interest in protecting that sensitive information outweighs the presumption of public access to judicial documents, at least while the Court is merely considering the parties' pre-motion letters.
.
SO ORDERED.

Dated: August 28, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge