```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADENIKE GRAHAM and KIMBERLY MCNULTY, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

NATIONAL BEVERAGE CORPORATION,

                Defendant.

19 Civ. 873 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having reviewed the parties pre-motion letters dated August 28, 2020, ECF Nos. 114, 116, and September 4, 2020, ECF Nos. 121, 124, it is ORDERED that:

1. Plaintiffs' and Defendant's requests for a pre-motion conference are DENIED;
2. By **October 13, 2020**, the parties shall file cross-motions for summary judgment;
3. By **November 10, 2020**, the parties shall file their oppositions;
4. By **November 24, 2020**, the parties shall file any replies.
5. The case management conference scheduled for September 10, 2020 is ADJOURNED *sine die*.

    The parties' motions to file their pre-motion response letters with redactions, ECF Nos. 120, 122, are GRANTED, as the proposed redactions consist of proprietary information concerning the formulation of Defendant's products. However, it appears that Defendant has neglected to publicly file the redacted version of its letter—accordingly, Defendant is directed to do so promptly.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 113, 120, and 122.

    SO ORDERED.

Dated: September 8, 2020
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge