```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/15/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADENIKE GRAHAM and KIMBERLY MCNULTY, on behalf of themselves and all other similarly situated,

*Plaintiffs,*

vs.

NATIONAL BEVERAGE CORPORATION.

*Defendant.*

No. 19-Civ-873 (AT)

ANALISA TORRES, District Judge:

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of the parties, dated September 14, 2020, IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice as to plaintiffs' individual claims only, and without prejudice as to the class claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorney's fees and costs in this matter.

SO ORDERED.

Dated: September 15, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge